FILED

3:00 pm, 10/22/21

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No:  21-CR-118-TMK |
| Plaintiff, | |
| v. | 16 U.S.C. §§ 3372(a)(2)(A), (c)(1)(A) & 3373(d)(2) (Lacey Act - Possessing, Transporting or Selling Wildlife in a Manner in Violation of State Law) |
| MICHAEL D. RINEHART, | |
| Defendant. | |

## I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about February 15, 2016 through on or about November 30, 2016, in the District of Wyoming, the Defendant, MICHAEL D. RINEHART, did knowingly sell, offer, and provide, for money and other consideration, guiding, outfitting and other services, for the illegal taking, acquiring, receiving, transporting, or possessing of wildlife, and in the exercise of due care should have known that the wildlife was taken, possessed, transported, or sold in violation of, or in a manner unlawful under, any underlying law, treaty or regulation.

In violation of 16 U.S.C. § 3372(a)(2)(A), (c)(1)(A) and 3373(d)(2).

DATED this 22nd day of October 2021.

L. ROBERT MURRAY
Acting United States Attorney

By: _____
KERRY J. JACOBSON
Assistant United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**     **MICHAEL D. RINEHART**

**DATE:**     October 22, 2021

**PLACE OF TRIAL:**     The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in **Lander, WY**

**VICTIM:**     State of Wyoming

**OFFENSE/PENALTIES:**     **16 U.S.C. §§ 3372(a)(2)(A) & 3373(d)(2) (Lacey Act - - Possessing, Transporting or Selling Wildlife in a Manner in Violation of State Law)**

Class "A" Misdemeanor
Up to 1 year imprisonment
Up to $10,000 fine
Up to one year of supervised release
$25 special assessment

**AGENT:**     Michael Shockley, FWS

**AUSA:**     Kerry J. Jacobson, Assistant United States Attorney

**ESTIMATED TRIAL TIME:**     2 days

**GOVERNMENT SEEK DETENTION?:**     No

**DETAINERS FROM OTHER JURISDICTIONS?:**     No